# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA

**NOTICE OF ERRORS AND/OR DEFICIENCIES IN DOCUMENTS FILED IN CM/ECF**

**DATE:**  9/9/10                              **CASE #:** 5:06-cv-293 (CAR)

**CASE TITLE:** Willie B. Turner v. Hale Burnside, et al.

**DOCUMENT #:** 59

**DOCUMENT TITLE:** Motion to Exclude Expert Report

**One of the following errors/deficiencies has been identified in the document listed above:**

☐      Document e-filed in wrong case

☐      Document linked to incorrect document

☐      Document exceeds page limits

☐      Document requires leave of Court before filing

☐      Dismissal must be signed by all parties who have appeared OR by leave of court.  ( See Federal Rule of Civil Procedure 41.)

☐      Incorrect case number on document

☐      Incorrect event used - use event

☐      Document is not signed

☐      Proposed Order is attached incorrectly (should be filed as an attachment to the main document being e-filed

☐      Certificate of service is missing

☐      Corporate Parents and/or Affiliates were not added in CM/ECF.

☐      Certification regarding two or more signatures is missing (see page 10 of *Administrative Procedures for Electronic Filing)*

☐      Discovery documents, including disclosures under FRCP 26(a)(1) and (2), discovery requests and responses, and certificates of service of discovery, are not to be filed unless accompanied by a Certificate of Need to File Discovery.

☒      **Other:**          **Document [59] Motion to Exclude Expert Report of A. Bruno Frazier is same document as [58] Response to Motion to Exclude Testimony of Richard Pearlstein, PE**

(Continued)

## <u>CORRECTIVE ACTION TAKEN BY THE CLERK'S OFFICE</u>

☐    Docket entry has been corrected

☐    Other:

## <u>CORRECTIVE ACTION REQUIRED BY THE FILER</u>

☒    **Document must be re-filed - re-file correct motion**

☐    Document must be re-filed and Corporate Parents and/or Affiliates added in CM/ECF.

☐    Amended document must be re-filed (and re-noticed) if applicable

☐    Please file a motion for leave to file document

☐    No further action required by the filer

☐    E-mail proposed order in word processing format to the appropriate division Clerk's Office mailbox via the court's internet site (www.gamd.uscourts.gov).  On CM/ECF page, select Submit Documents, Submit a Proposed Order.

☐    You must send a copy of your filing to the opposing party (or their attorney) and attach a signed and dated certificate of service indicating how service was made (e.g., U.S. Mail).

☐    Other:

Gregory J. Leonard, Clerk


By: s/ Denise C. Partee
Deputy Clerk